

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Susan Overton Humphrey,

Vs. No. 11-22-00060-CR

The State of Texas,

\* From the 118th District Court
of Howard County,
Trial Court No. 15456.

\* April 21, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.